# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERRIE E. BURKES, | Case No. 2:12-cv-01185 -APG-VCF |
| Plaintiff, | **O R D E R** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

On October 22, 2012, Defendant Michael J. Astrue filed a Motion to Dismiss [Dkt. #9]. Pursuant to Local Rule 7-2(b), Plaintiff's response to that motion was due within 14 days. To date, no Opposition has been filed. Plaintiff shall have until June 4, 2013 to file an Opposition. If no Opposition is filed by that date, Plaintiff will be deemed to have consented to the granting of the Motion, pursuant to LR 7-2(d).

Dated: May 20, 2013

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE